UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PATTERN INC., <br><br> Plaintiff, <br><br> v. <br><br> ARLO TECHNOLOGIES, INC. AND DOES 1-10, <br><br> Defendants. | Case No.:   25CV516-JLS(BLM) <br><br> **ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION** <br><br> **[ECF No. 19]** |
|---|---|

On August 15, 2025, the parties filed a joint motion requesting that the Court enter the parties' Protective Order. ECF No. 19. The Court has considered the Stipulated Protective Order, see ECF No. 19-1, and for good cause shown, the joint motion is **GRANTED** with the following modification:

Paragraph 12 should read: "Before any materials produced in discovery, answers to interrogatories, responses to requests for admissions, deposition transcripts, or other documents which are designated as confidential information are filed with the Court for any purpose, the party seeking to file such material must seek permission of the Court to file the material under seal. No document may be filed under seal, i.e., closed to inspection by the public except pursuant to a Court order that authorizes the sealing of the particular document, or portions of

it. A sealing order may issue only upon a showing that the information is privileged or protectable under the law. The request must be narrowly tailored to seek sealing only of the confidential or privileged material. To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2. In addition, in accordance with Judge Major's preferences, a party must file a 'public' version of any document that it seeks to file under seal. In the public version, the party may redact only that information that is deemed 'Confidential.' The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED**.

Dated: 8/18/2025

Hon. Barbara L. Major
United States Magistrate Judge