AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of California

PATTERN INC.

Plaintiff(s),

V.

ARLO TECHNOLOGIES, INC. ET AL.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:25-CV-00516-JLS

Notice is hereby given that, subject to approval by the court, __Pattern Inc.__ substitutes
(Party(s) Name)

__Ann T. Rossum__, State Bar No. __281236__ as counsel of record in
(Name of New Attorney)

place of __Mary R. Robberson and Rachel Garrard of Robberson Schroedter LLP__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Jones Day

Address: 3161 Michelson Drive, Suite 800

Telephone: (949) 851-3939   Facsimile (949) 553-7539

E-Mail (Optional): atrossum@jonesday.com

I consent to the above substitution.

Date: 11/6/2025

_David Williams, Pattern Inc._
(Signature of Party(s))

I consent to being substituted.

Date: 11/6/2025

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 11/6/2025

_Ann T. Rossum_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 10, 2025

_Janis L. Sammartino_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]