UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATTERN INC.,<br><br>                     Plaintiff,<br><br>v.<br><br>ARLO TECHNOLOGIES, INC., et al,<br><br>                     Defendants. | Case No.: 3:25-cv-00516-JLS-BJW<br><br>**ORDER GRANTING-IN-PART JOINT MOTION TO MODIFY SCHEDULING ORDER**<br>**[ECF No. 33]** |
| ARLO TECHNOLOGIES, INC.,<br><br>                     Counter Claimant,<br><br>v.<br><br>PATTERN INC.,<br><br>                     Counter Defendant. | |

Upon considering the parties' joint motion to modify the Scheduling Order (ECF No. 33), and good cause showing, the Court hereby GRANTS-IN-PART the Motion and orders the following revised deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Witness Designations | January 12, 2026 | May 1, 2026 |

| | | |
|---|---|---|
| Supplemental/Rebuttal Expert Designations | February 23, 2026 | May 15, 2026 |
| Expert Witness Disclosures | January 12, 2026 | June 15, 2026 |
| Rebuttal Expert Witness Disclosures | February 23, 2026 | June 29, 2026 |
| Fact Discovery Completion | May 29, 2026 | No Change |
| Expert Discovery Completion | July 10, 2026 | July 29, 2026 |
| Pretrial motions | August 14, 2026 | August 31, 2026 |
| Mandatory Settlement Conference | July 29, 2026 | December 2, 2026 at 9:30am |
| Confidential Settlement Statements & Participant Information | July 20, 2026 | November 25, 2026 |
| Memo of Contentions of Fact/action required by Civil Local Rule 16.1(f)(2) | November 19, 2026 | December 17, 2026 |
| Pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) | November 19, 2026 | December 17, 2026 |
| Deadline to Meet and Confer re Action required by Local Rule 16.1(f)(4) | November 25, 2026 | December 23, 2026 |
| Action required by Local Rule 16.1(f) | December 3, 2026 | December 31, 2026 |
| Proposed Pretrial Order | December 10, 2026 | January 7, 2027 |
| Final Pretrial Conference | December 17, 2026 | January 14, 2027 at 1:30pm |

Dated: December 2, 2025

_____
Hon. Brian J. White
United States Magistrate Judge